UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: DEC 07 2015

---

United States of America,

—v—

Steven Rawlins,

                    Defendant.

---

15-CR-377 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On December 2, 2015, defense counsel Richard J. Braun moved to withdraw as counsel for the Defendant. *See* Dkt. No. 94. That motion is GRANTED and Mr. Braun is relieved as counsel for the Defendant. The Defendant continues to be represented by CJA panelist Mr. Steven Brill.

The Clerk of Court shall terminate the appearance of Mr. Braun. This resolves Dkt. No. 94.

SO ORDERED.

Dated: December ___, 2015
       New York, New York

_____
ALISON J. NATHAN
United States District Judge